**SPRAGUE ELECTRIC COMPANY**

v.

**MAINE UNEMPLOYMENT INSURANCE COMMISSION et al.**

Supreme Judicial Court of Maine.

Argued Jan. 14, 1988.
Decided Feb. 5, 1988.

John H. O'Neil, Jr., David Felper (orally), Smith & Elliott, Saco, for plaintiff.

L. Louise Smith (orally), Asst. Atty. Gen., Augusta, for defendants.

Before McKUSICK, C.J., and
NICHOLS, ROBERTS, WATHEN,
GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The Respondent Commission found that the Petitioner, Sprague Electric Company, had failed to satisfy its burden of proof that the employee it had terminated engaged in misconduct as defined in 26 M.R.S.A. § 1043(23) (1974). The Commission accordingly denied the Petitioner relief. On August 7, 1987, the Superior Court (York County) affirmed that decision. The record before us on appeal discloses what is essentially a credibility question, and the Petitioner does not meet the burden that devolves upon a party seeking to overturn the decision of an administrative agency. *Seven Islands Land Co. v. Maine Land Use Regulation Commission*, 450 A.2d 475, 479–80 (Me.1982). Neither does this record show that the Commission's decision was in any way arbitrary or capricious.

The entry is:

Judgment affirmed.

All concurring.